

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00652-CV

**IN THE INTEREST OF J.T.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01089
Honorable Renée Yanta, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 9, 2019.

_____
Rebeca C. Martinez, Justice